DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MARIA GUADALUPE PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 09-465 |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| MARIA GUADALUPE PONCE, et al., ) | |
| Defendant. ) | Date   January 8, 2010 |
| _____ ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Maria Guadalupe Ponce; Attorney Preciliano Martinez, Counsel for J. Jesus Rincon Zavala; Attorney Erin Radekin, Counsel for Rafael Sanchez, that the status conference scheduled for November 20, 2009 be vacated and the matter be continued to this Court's criminal calendar on January 8, 2010, at 10:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to conduct investigation, review discovery, and engage in negotiations with the prosecution in attempt to reach a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the January 8, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: November 18, 2009        /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for
                                Maria Guadalupe Ponce

Dated: November 18, 2009        /S/ Preciliano Martinez
                                PRECILIANO MARTINEZ
                                Attorney for
                                J. Jesus Rincon Zavala

Dated: November 18, 2009        /S/ Erin Radekin
                                ERIN RADEKIN
                                Attorney for
                                Rafael Sanchez

Dated: November 18, 2009        /S/ Jason Hitt
                                JASON HITT
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

Stipulation and Order                    2

**IT IS SO ORDERED.**

        By the Court,

Dated: Nov. 18, 2009              /s/ Edward J. Garcia
                                           Hon. Edward J. Garcia
                                           United States District Judge