IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

J. JESUS RINCON ZAVALA, aka Teodoro Almanza; RAFAEL SANCHEZ; and MARIA GUADALUPE PONCE,

        Defendants.
_____/

1:10-CR-0039-AWI
2:09-CR-0465-EJG

ORDER OF TRANSFER
TO FRESNO DIVISION

    This matter was before the court on January 29, 2010 for a status conference.  Assistant U.S. Attorney Jason Hitt appeared on behalf of the government.  Dina Santos, specially appearing for attorney Preciliano Martinez, represented defendant Zavala. Erin Radekin represented defendant Sanchez, and Dina Santos represented defendant Ponce.  At a previous appearance the court raised the issue of venue, noting that the actions underlying the indictment are alleged to have occurred in Stanislaus County. Pursuant to the local rules of practice of the Eastern District,

1

cases arising in Stanislaus County are venued in the Fresno division of this court.  See Local Rule 3-120(d). The court informed defendants they can waive the issue of venue and remain in Sacramento, or the court will make an intra-district transfer of the case to the Fresno division.  All three defendants have declined to waive venue.  Accordingly, this action is now transferred to the Fresno Division of the Eastern District pursuant to Local Rule 3-120(f).

   IT IS FURTHER ORDERED that a status conference will be held before the Honorable Anthony W. Ishii in Fresno at 9:00 a.m. February 16, 2010.

   IT IS SO ORDERED.

Dated: January 29, 2010

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT

2