PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JESUS RINCON ZAVALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    Plaintiff,         vs.        JESUS RINCON ZAVALA and MARIA GUADALUPE PONCE,                    Defendants | CASE NO. 1:10-cr-00039-AWI    STIPULATION RE: CONTINUANCE AND ORDER |

   IT IS HEREBY STIPULATED by and between Assistant United States Jason Hitt, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Jesus Rincon Zavala and Attorney Barbara Hope O'Neill, Counsel for Defendant Maria Guadalupe Ponce, that the Status Conference date scheduled for June 13, 2011, at 9:00 a.m. be vacated and the Status Conference be continued to this court's calendar on June 27, 2011 at 9:00 a.m. Additional time is needed for attorneys to review plea agreements with clients.

///

///

///

The court is advised that counsel have conferred about this request that they have agreed to the court date of June 27, 2011 date and that Mr. Hitt and Ms. O'Neill have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including June 27, 2011.

Respectfully Submitted,

Dated:  June 9, 2011                                  /s/ Preciliano Martinez
                                                      Preciliano Martinez
                                                      Attorney for Defendant
                                                      JESUS RINCON ZAVALA

Dated: June 9, 2011                                   /s/ Barbara Hope O'Neill
                                                      Barbara Hope O'Neill
                                                      Attorney for Defendant
                                                      MARIA GUADALUPE PONCE

Dated:  June 9, 2011                                  /s/ Jason Hitt
                                                      Jason Hitt
                                                      Assistant U.S. Attorney

### ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current June 13, 2011 Status Conference hearing is hereby vacated and reset to June 27, 2011.

IT IS SO ORDERED.

Dated:   June 9, 2011                    _____
                                         CHIEF UNITED STATES DISTRICT JUDGE