PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JESUS RINCON ZAVALA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-cr-00039-AWI |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING DATE |
| ) | |
| JESUS RINCON ZAVALA, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, Assistant United States Attorney Kevin P. Rooney Counsel for Plantiff, and Attorney Preciliano Martinez, Counsel for Defendant Jesus Rincon Zavala, that the sentencing date scheduled for September 26, 2011 at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on October 17, 2011 at 9:00 a.m. Mr. Preciliano Martinez will be starting a confirmed murder trial in Santa Clara County that is set for 2 to 3 weeks.

The court is advised that counsel have conferred about this request that they have agreed to the court date of October 17, 2011 date and that Mr. Hitt and Mr. Rooney have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including June 27, 2011.

Respectfully Submitted,

Dated:  September 13, 2011          /s/ Preciliano Martinez
                                    Preciliano Martinez
                                    Attorney for Defendant
                                    JESUS RINCON ZAVALA

Dated:  September 13, 2011          /s/ Jason Hitt
                                    Jason Hitt
                                    Assistant U.S. Attorney

Dated:  September 13, 2011          /s/ Kevin P. Rooney

                                    Kevin P. Rooney
                                    Assistant U.S. Attorney

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current September 26, 2011 sentencing date is hereby vacated and reset to October 17, 2011.

IT IS SO ORDERED.

Dated:   September 14, 2011         _____
                                    CHIEF UNITED STATES DISTRICT JUDGE