PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JESUS RINCON ZAVALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>          Plaintiff,    )<br>                          )<br>                          )<br>vs.                       )<br>                          )<br>JESUS RINCON ZAVALA ,     )<br>          Defendant.    )<br>                          ) | CASE NO. 1:10-cr-00039-AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, Assistant United States Attorney Kevin P. Rooney Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Jesus Rincon Zavala, that the sentencing date scheduled for November 7, 2011 at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on December 12, 2011 at 9:00 a.m. Mr. Martinez will be in court in Santa Clara County for a confirmed murder trial. The court is advised that counsel have conferred about this  request that they have agreed to the court date of December 12, 2011 date and that Mr. Hitt and Mr. Rooney have authorized Preciliano Martinez to sign this stipulation on their behalf.

1

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including December 12, 2011.

Respectfully Submitted,

Dated:  November 1, 2011                     /s/ Preciliano Martinez
                                             Preciliano Martinez
                                             Attorney for Defendant
                                             JESUS RINCON ZAVALA

Dated:  November 1, 2011                     /s/ Jason Hitt
                                             Jason Hitt
                                             Assistant U.S. Attorney

Dated:  November 1, 2011                     /s/ Kevin P. Rooney
                                             Kevin P. Rooney
                                             Assistant U.S. Attorney

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current November 7, 2011 sentencing date is hereby vacated and reset to December 12, 2011.

IT IS SO ORDERED.

Dated:   November 1, 2011             _____
                                      CHIEF UNITED STATES DISTRICT JUDGE