PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
JESUS RINCON ZAVALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>vs.<br><br>JESUS RINCON ZAVALA ,<br>       Defendant. | CASE NO. 1:10-cr-00039-AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, Assistant United States Attorney Kevin P. Rooney Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Jesus Rincon Zavala, that the sentencing date scheduled for November 7, 2011 at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on December 12, 2011 at 9:00 a.m. Mr. Martinez will be in court in Santa Clara County for a confirmed murder trial. The court is advised that counsel have conferred about this  request that they have agreed to the court date of December 12, 2011 date and that Mr. Hitt and Mr. Rooney have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including December 12, 2011.

Respectfully Submitted,

Dated:  November 1, 2011                                /s/ Preciliano Martinez
                                                        Preciliano Martinez
                                                        Attorney for Defendant
                                                        JESUS RINCON ZAVALA

Dated:  November 1, 2011                                /s/ Jason Hitt
                                                        Jason Hitt
                                                        Assistant U.S. Attorney

Dated:  November 1, 2011                                /s/ Kevin P. Rooney
                                                        Kevin P. Rooney
                                                        Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current November 7, 2011 sentencing date is hereby vacated and reset to December 12, 2011.

IT IS SO ORDERED.

Dated:   November 1, 2011                     _____
                                              CHIEF UNITED STATES DISTRICT JUDGE