PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JESUS RINCON ZAVALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JESUS RINCON ZAVALA ,<br>　　　　Defendant. | CASE NO. 1:10-cr-00039-AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, Assistant United States Attorney Kevin P. Rooney Counsel for Plantiff, and Attorney Preciliano Martinez, Counsel for Defendant Jesus Rincon Zavala, that the sentencing date scheduled for December 12, 2011 at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on February 21, 2012 at 9:00 a.m. Mr. Martinez is currently in Santa Clara County Superior Court on a murder trial scheduled to continue three weeks.

///

///

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of February 21, 2012 date and that Mr. Hitt and Mr. Rooney have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including February 21, 2012.

                                          Respectfully Submitted,

Dated:  December 6, 2011                    /s/ Preciliano Martinez
                                                Preciliano Martinez
                                                Attorney for Defendant
                                                JESUS RINCON ZAVALA

Dated:  December 6, 2011                    /s/ Jason Hitt
                                                Jason Hitt
                                                Assistant U.S. Attorney

Dated:  December 6, 2011                    /s/ Kevin P. Rooney
                                                Kevin P. Rooney
                                                Assistant U.S. Attorney

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 12, 2011 sentencing date is hereby vacated and reset to February 21, 2012.

IT IS SO ORDERED.

Dated:   December 6, 2011                          _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE