**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 1:10-cr-39-AWI - 1 |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR EARLY RELEASE** |
| v. | |
| **JESUS RINCON-ZAVALA**, | (Doc. 86) |
| Defendant. | |

Defendant Jesus Rincon-Zavala has moved for early release based on the Federal Prison Bureau Nonviolent Offender Relief Act of 2013. The Federal Prison Bureau Nonviolent Offender Relief Act of 2013 is not a validly enacted federal law, but a bill on which was introduced in the House of Representatives but not voted on by either house of the United States Congress. *See* 2013 FED CRS SUM H.R. 62. Only laws that have "passed the House of Representatives and the Senate" and approved by the President of the United States are "laws of the United States" made pursuant to the United States Constitution. U.S. Const. art. I, § 7; U.S. Const. art. VI. Accordingly, Section 3624 of title 18 of the United States Code has not been amended to allow for the release of non-violent offenders over the age of 45, as proposed by the bill.

A district court cannot modify a sentence already imposed except (1) upon motion by the Director of the Bureau of Prisons, 18 U.S.C. § 3582(c)(1)(A), or (2) where expressly authorized

by statute or Rule 35 of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3582(c)(1)(B). Neither situation is present here; the Court is without authority to modify Defendant's sentence. Defendant's motion for early release is DENIED.

IT IS SO ORDERED.

Dated: __December 23, 2015__                    _____
                                                SENIOR DISTRICT JUDGE